**For Clerk's Office Use**

| Judge U/M | Rec'd |
| --- | --- |

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA

JAN 31 2024

LAURA A. AUSTIN, CLERK
BY: /s/ A Beeson
DEPUTY CLERK

For use by inmates in filing a complaint under **CIVIL RIGHTS ACT, 42 USC §1983**
or **BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF
NARCOTICS, 403 U.S.C. §388 (1971)**

Rodney M. Powell
Plaintiff full name

1012457
Inmate No.

v.

CIVIL ACTION NO. 7:24 CV 78

Sgt. Davis, Officer Loggin, Warden Anderson, A.W. Bateman
Defendant(s) full name(s)

Dave Roberson, Chadwitch Dotson

*************************************************************************

A. Current facility and address: Green Rock Correction Center
   Chatham, VA 24531

B. Where did this action take place? River North Correction Center

C. Have you begun an action in state of federal court dealing with the same facts
   involved in this complaint?

   _____ Yes          ✓ No

   If your answer to A is Yes, answer the following:

   1. Court: _____

   2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

   ✓ Yes          _____ No

4

1. If your answer is Yes, indicate the result:

I was afforded medical attention, Also given
A tetanus shot

2. If your answer is No, indicate why:

_____

_____

E.  Statement of Claims(s): State briefly the facts in this complaint. Describe what
    actions(s) each defendant took in violation of your federal rights and include the
    relevant dates and places. Do not give an y legal arguments or cite any cases or
    statutes. If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

On June 24th at 10:04 a.m. I was called
out to get the food cart with another inmate. K-9
Officer Sgt. Davis was standing 20ft. Continued on attached.

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

Sgt. Davis has since killed himself, he was
clearly unstable. My mental health is severly
damaged. I now suffer with, PTSD, depression, Nightmares.
                                    back pain.

F.  State what relief you seek from the Court. Make no legal arguments and cite no cases
    or statutes.

1.5 million U.S. Dollars in settlement

G.  If this case goes to trial do you request a trial by jury?  __✓__ Yes   ____ No

H.  If I am released or transferred, I understand it is my responsibility to immediately
    notify the court in writing of any change of address after I have been released or
    transferred or my case may be dismissed.

DATED: __1-29-24__      SIGNATURE: __Rodney Powell__

5

from the gate with his dog standing at the gate (NOT on a Leash). When the door closed the gate was open by Officer Loggin in the control booth. At that time the dog ran out and attacked me. I was bit on my right knee and hit my back on the door handle. Leaving me in pain and bruises on my back and ribs.

VERIFICATION:

I, _Rodney M. Powell_, state that I am the plaintiff in this action and I know the content of the above complaint that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that is was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if that complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: _1/29/2024_   SIGNATURE: _Rodney Powell_

6

Rodney Powell #1632457
Green Rock C.C.
1704 Bevery Heights Rd.
Chatham, VA 24531

United Sta
Western
C/o C
210 Fra
Roa

...ate District Court

... District of Virginia

...lerk of Court

...nklin Road, SW, Suite 540

...noke, VA 24011