CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

MAR 27 2024

LAURA A. AUSTIN, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
Western District of Virginia

URBANSKI
District Judge
(Assigned by Clerk's Office)

Menner
Mag. Referral Judge
(Assigned by Clerk's Office)

CIVIL ACTION NO. 7:24-CV-00078-MFU-CKM
(Assigned by Clerk's Office)

For use by Inmates filing a Complaint under
CIVIL RIGHTS ACT, 42 U.S.C. §1983 or BIVENS v. SIX UNKNOWN NAMED AGENTS
OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)

Rodney Powell                          1012457
Plaintiff Name                         Inmate No.

v.

Officer Logan 329 DellBrook Ln, Independance, VA 24348
Defendant Name & Address

Warden Anderson, 329 Dell BrookLn, Independance, VA 24348
Defendant Name & Address

Warden Bateman, 329 DellBrook Ln, Independace, VA 24348
Defendant Name & Address

Dave Robinson, 6900 Atmore Dr. Richmond, VA 23225
Defendant Name & Address

Chadwitck Dotson, 6900 Atmore Dr, Richmond, VA 23225
Defendant Name & Address

The Estate of Sgt. Davis, 6900 Atmore Dr Richmond, VA 23225
Defendant Name & Address

IF YOU NEED TO ADD MORE DEFENDANTS, USE A SEPARATE SHEET OF PAPER, AND PUT
NAME AND ADDRESS FOR EACH NAMED DEFENDANT.
TITLE THE SECOND PAGE "CONTINUED NAMED DEFENDANTS"

*****************************************************************************************

A. **Where are you now?** Name **and** Address of Facility:

Green Rock Correction Center
1704 Bevery Heights Rd. Chatham, VA 24531

**B.** Where did this action take place?

River North Correction Center

**C.** Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

_____ Yes        __X__ No

If your answer to A is Yes, answer the following:

    1. Court: _____

    2. Case Number: _____

**D.** Have you filed any grievances regarding the facts of this complaint?

__X__ Yes        _____ No

1. If your answer is Yes, indicate the result:

I was affored medical attention and given a Tetanus shot, Mental Health was available

2. If your answer is No, indicate why:

**E.** Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

Officer Logan open the gate to allow the dog to attack me from the control booth. 8th Amendment to be free harm, (Physical & emotional distress)

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:
(Additional Supporting Facts may be placed on a separate paper titled ADDITIONAL SUPPORTING FACTS)

Warden Anderson Violated my Amendment Rights by allowing the officers to go against Rules set by Department of Correction. Delaminate Indifferent

ADDiTioNal SupportingFacts

Claim#3 Delaminate Indifferent
Warden Bateman violated my
Amendmet Rights to keep from cruel
unusual acts.

Claim#4. Delaminate Indifferent
Dave Robinson violated my
Amendmet Rights by allowing the
officers to go against Department
Rules. Allowing Officer towork when he
was clearly uNstable.being Sgt.Davis
    Claim#5
Estate of Sgt.Davis (Deceased) violated
my 8th Amendmet Rights tobe free from cruel
and unusual punishment Causing Plaintiff
pain and Suffering Phyiscal and emotional
distress by releasing K9 off of the leash
that goes against Department rules.

**F.** State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

_1.5 million Dollers_

**G.** If this case goes to trial, do you request a trial by jury?   Yes __✓__   No ____

**H.** If I am released or transferred, I understand it is my responsibility to immediately notify the court <u>in writing</u> of any change of address **after** I have been released or transferred or my case may be dismissed.

DATED: _March 26, 2024_   SIGNATURE: _Rodney Powell_

VERIFICATION:

I, _Rodney Powell_ , state that I am the plaintiff in this action, and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertations are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: _March 20, 2024_   SIGNATURE: _Rodney Powell_

Updated 9/9/22

Rodney Powell #1012457
Green Rock C.C.
1704 Bevery Heights Rd
Chatham, VA 24531



Clerk Office
U.S. District Court
210 Franklin Road
S.W. Suit 540
Roanoke, VA 24011