

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE. VA
FILED

APR 17 2025

LAURA A AUSTIN, CLERK
BY: _____
DEPUTY CLERK

# COMMONWEALTH *of* VIRGINIA

*Office of the Attorney General*

**Jason S. Miyares**
**Attorney General**

202 North 9th Street
Richmond, Virginia 23219
804-786-2071
FAX 804-786-1991
Virginia Relay Services
800-828-1120

April 16, 2025

Hon. C. Kailani Memmer
United States District Court
Western District of Virginia
210 Franklin Road SW, Suite 540
Roanoke, VA 24011

RE:    *Rodney Powell v. The Estate of Sgt. Davis, et. al.*
       Case No.: 7:24-cv-78

Dear Judge Memmer:

Enclosed please find one (1) DVD containing the video files designated as Enclosure A in the affidavit of R. Hickman, ECF No. 32-04, submitted in support of the defendant's Motion for Summary Judgment.

Thank you for your assistance, and if you should have any questions, please contact me at (804) 225-4226.

Sincerely,

/s/Timothy Davis

Timothy Davis
Assistant Attorney General
Criminal Justice and Public Safety Division

Enclosure
cc: Rodney Powell #1012457